UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>   Plaintiff<br><br>v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., *et. al.*<br><br>   Defendants. | Case No.: 1:06CV00587<br>Hon. Paul L. Friedman |

## STIPULATION FOR ENLARGEMENT OF TIME

IT IS HEREBY STIPULATED by and between counsel for Plaintiff Edward A. Monroe and Defendant Washington Sports & Entertainment, LP ("Washington Sports"), that Washington Sports' response to the Complaint filed in the above-captioned action ("Complaint") being due on or about April 21, 2006 and there existing cause for an enlargement of the time to file such a response, the time for Washington Sports to answer or otherwise respond to the Complaint is extended pursuant to Rule 6(b) until and including May 5, 2006.

**APPROVED:**

_____
Hon. Paul L. Friedman, District Judge

*Jimmy A. Bell* on w/authorization
_____
Jimmy A. Bell
D.C. Bar No. 14639
Law Offices of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, MD 20772
Tel: (301) 599-7620
Fax: (301) 599-7623
*Attorney for Plaintiff Edward A. Monroe*

*Shirlie Norris Lake*
_____
Shirlie Norris Lake
D.C. Bar No. 454327
Eccleston & Wolf, P.C.
729 E. Pratt Street, 7th Floor
Baltimore, MD 211202-4460
Tel: (202) 857-1696
Fax: (202) 857-0762
*Attorneys for Defendant Washington Sports*

J:\AT118\NEWCASE\WASHING SPORTS -STIPENLG.DOC

Copies to:

Shirlie Norris Lake, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
*Attorneys for Defendant Washington Sports*

Jimmy A. Bell, Esq.
LAW OFFICES OF JIMMY A. BELL, PC
9610 Marlboro Pike
Upper Marlboro, MD 20772
*Attorney for Plaintiff Edward A. Monroe*

James C. Mehigan, Esq.
Angela Russel, Esq.
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1341 G Street, N.W.
Washington, DC 20005
*Attorneys for Defendant Lincoln Holdings, Inc.*

Paul Kennedy, Esq.
LAW OFFICES OF PAUL KENNEDY
1150 17th Street N.W.
Suite 900
Washington, DC 20036
*Attorneys for Defendant Levy Premium Foodservice, LP*