UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., *et. al.*,<br><br>　　　　Defendants. | Case No.: 1:06CV00587<br>Hon. Paul L. Friedman |

## CONSENT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT

Defendant Levy Premium Foodservice, L.P. ("Levy"), by counsel, submits this Consent Motion for an Extension of Time to Respond to Complaint.

1.　On March 31, 2006, Levy was served with Plaintiff's Complaint, making its response due on or before April 20, 2005.

2.　Levy requests an extension of time until on or before May 5, 2006 to answer or otherwise respond to Plaintiff's Complaint.

3.　Plaintiff consents to this extension.

4.　Levy requests this extension, not for purposes of delay, but so that justice may be done.

5.　For the foregoing reasons, Levy requests that the Court grant this Motion in all respects, and allow an extension until on or before May 5, 2006 for Levy to answer or otherwise respond to Plaintiff's Complaint.

Dated: April 19, 2006                               Respectfully Submitted

                                                    LITTLER MENDELSON, P.C.

                                                    _____
                                                    Paul J. Kennedy (D.C. Bar No. 428623)
                                                    1150 17th Street, N.W., Suite 900
                                                    Washington, D.C. 20036
                                                    Tel: (202) 842-3400
                                                    Fax: (202) 842-0011
                                                    Attorneys for Defendant Levy Premium
                                                    Foodservice, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2006, I electronically filed the foregoing Consent Motion to Extend Time to Respond to Complaint and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Shirlie Norris Lake, Esq.
>ECCLESTON & WOLF, P.C.
>2001 S Street, N.W.
>Suite 310
>Washington, D.C. 20009
>
>Attorneys for Defendant Washington Sports & Entertainment, LP
>
>Jimmy A. Bell, Esq.
>LAW OFFICES OF JIMMY A. BELL, PC
>9610 Marlboro Pike
>Upper Marlboro, MD 20772
>
>Attorney for Plaintiff Edward A. Malone

I hereby certify that on April 19, 2006, a true and correct copy of the foregoing Consent Motion to Extend Time to Respond to Complaint and Proposed Order was served upon the following by U.S. first class mail:

>James C. Mehigan, Esq.
>Angela Russel, Esq.
>WILSON ELSER MOSKOWITZ
>EDELMAN & DICKER LLP
>1341 G Street, N.W.
>Washington, D.C. 20005
>
>Attorneys for Defendant Lincoln Holdings, Inc.

_____
Paul J. Kennedy