UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>Plaintiff,<br><br>v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., *et. al.*,<br><br>Defendants. | Case No.: 1:06CV00587<br>Hon. Paul L. Friedman |

## PROPOSED ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to Complaint and the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED, and the deadline for Defendant Levy Premium Foodservice L.P. to respond to Plaintiff's Complaint is extended until on or before May 5, 2006.

Date:_____    _____
Paul L. Friedman
United States District Judge