| DC HOME | ABOUT DC | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT | Kids |

**WELCOME TO WASHINGTON District of Columbia**

MAYOR Anthony A. Williams

# Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

## Online Organization Registration

**Search Registered Organizations**

**Organization Details - Step 1 2 3**

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| **Organization** | | **Registered Agent** |
|---|---|---|
| **Organization Name:** | LINCOLN HOLDINGS LLC | Corporation Service Company |
| **State:** | DE | 1090 Vermont Ave., N.W. |
| **Status:** | ACTIVE | Washington, DC 20005 |
| **Initial Date of Registration:** | 6/25/1999 | |
| **File No.:** | L04054 | |
| **Organization Type:** | FOREIGN LIMITED LIABILITY COMPANY | |

For more information, contact the Corporation Division at (202) 442-4400 or **email us**.

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic  |
Agencies  |  DC Council  |  Search  |  Elected Officials

Feedback  |  Translation  |
Accessibility  |  Privacy & Security  |
Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004