IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

EDWARD ALLEN MALONE,   :
            :
    **Plaintiff,**    :
            :
    **v.**      :  **CA: 1:06CV00587**
            :  **Judge: Paul L. Friedman**
WASHINGTON SPORTS AND,  :
ENTERTAINMENT, L.P., et. al.,  :
            :
    **Defendant.**   :

## ANSWER AND AFFIRMATIVE DEFENSES
## OF DEFENDANT LINCOLN HOLDINGS, LLC, TO PLAINTIFF'S MALONE'S COMPLAINT

   COMES NOW Defendant, Lincoln Holdings, LLC, (hereinafter "Defendant" OR "Lincoln"), by and through counsel, **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**, and file the following Answer and Affirmative Defenses in response to Plaintiff's Complaint:

## ANSWER

   1.  Paragraph 1 contains no allegations and therefore no response is required. To the extent that this Court requires a response, the Defendant denies the allegations contained in paragraph 1 of the Complaint

   2.  Paragraph 2 of the Complaint sets forth a legal conclusion regarding jurisdiction over this action to which no response is required. To the extent that this Court requires a response, Defendant denies the allegations contained in paragraph 2 of the Complaint

   3.  Defendant admits only that it is a legal entity licensed to business in the District of Columbia. Defendant denies the remainder of the allegations as phrased in Paragraph 3.

   4.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4 and therefore denies all allegations contained in Paragraph 4.

5.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 and therefore denies all allegations contained in Paragraph 5.

6.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 and therefore denies all allegations contained in Paragraph 6.

7.    Defendant admits Paragraph 7.

8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8 and therefore denies all allegations contained in Paragraph 8.

9.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9 and therefore denies all allegations contained in Paragraph 9.

10.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 and therefore denies all allegations contained in Paragraph 10.

11.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11 and therefore denies all allegations contained in Paragraph 11.

12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12 and therefore denies all allegations contained in Paragraph 12.

13.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13 and therefore denies all allegations contained in Paragraph 13.

14.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14 and therefore denies all allegations contained in Paragraph 14.

15.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15 and therefore denies all allegations contained in Paragraph 15.

16.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 and therefore denies all allegations contained in Paragraph 16.

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies all allegations contained in Paragraph 17.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies all allegations contained in Paragraph 18.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19 and therefore denies all allegations contained in Paragraph 19.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies all allegations contained in Paragraph 20.

21.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies all allegations contained in Paragraph 21.

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies all allegations contained in Paragraph 22.

23.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies all allegations contained in Paragraph 23.

24.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies all allegations contained in Paragraph 24.

25.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies all allegations contained in Paragraph 25.

26.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies all allegations contained in Paragraph 26.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies all allegations contained in Paragraph 27.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies all allegations contained in Paragraph 28.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies all allegations contained in Paragraph 29.

30.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies all allegations contained in Paragraph 30.

31.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31 and therefore denies all allegations contained in Paragraph 31.

32.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32 and therefore denies all allegations contained in Paragraph 32.

33.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies all allegations contained in Paragraph 33.

34.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34 and therefore denies all allegations contained in Paragraph 34.

35.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies all allegations contained in Paragraph 35.

36.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36 and therefore denies all allegations contained in Paragraph 36.

37.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37 and therefore denies all allegations contained in Paragraph 37.

38.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38 and therefore denies all allegations contained in Paragraph 38.

39.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39 and therefore denies all allegations contained in Paragraph 39.

40.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40 and therefore denies all allegations contained in Paragraph 40.

41.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41 and therefore denies all allegations contained in Paragraph 41.

42.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42 and therefore denies all allegations contained in Paragraph 42.

43.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43 and therefore denies all allegations contained in Paragraph 43.

44.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44 and therefore denies all allegations contained in Paragraph 44.

45.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45 and therefore denies all allegations contained in Paragraph 45.

46.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46 and therefore denies all allegations contained in Paragraph 46.

47.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47 and therefore denies all allegations contained in Paragraph 47.

48.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48 and therefore denies all allegations contained in Paragraph 48.

229992.1

49.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49 and therefore denies all allegations contained in Paragraph 49.

50.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50 and therefore denies all allegations contained in Paragraph 50.

51.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51 and therefore denies all allegations contained in Paragraph 51.

52.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52 and therefore denies all allegations contained in Paragraph 52.

53.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53 and therefore denies all allegations contained in Paragraph 53.

54.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54 and therefore denies all allegations contained in Paragraph 54.

55.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55 and therefore denies all allegations contained in Paragraph 55.

229998.1

56.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56 and therefore denies all allegations contained in Paragraph 56.

57.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 and therefore denies all allegations contained in Paragraph 57.

58.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 and therefore denies all allegations contained in Paragraph 58.

59.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59 and therefore denies all allegations contained in Paragraph 59.

60.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 and therefore denies all allegations contained in Paragraph 60.

61.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 and therefore denies all allegations contained in Paragraph 61.

62.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 and therefore denies all allegations contained in Paragraph 62.

63.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 and therefore denies all allegations contained in Paragraph 63.

64.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 and therefore denies all allegations contained in Paragraph 64.

65.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 and therefore denies all allegations contained in Paragraph 65.

66.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 and therefore denies all allegations contained in Paragraph 66.

67.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 and therefore denies all allegations contained in Paragraph 67.

68.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 and therefore denies all allegations contained in Paragraph 68.

69.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 and therefore denies all allegations contained in Paragraph 69.

70.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 and therefore denies all allegations contained in Paragraph 70.

71.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71 and therefore denies all allegations contained in Paragraph 71.

72.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72 and therefore denies all allegations contained in Paragraph 72.

73.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 73 and therefore denies all allegations contained in Paragraph 73.

74.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74 and therefore denies all allegations contained in Paragraph 74.

75.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75 and therefore denies all allegations contained in Paragraph 75.

76.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76 and therefore denies all allegations contained in Paragraph 76.

77.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77 and therefore denies all allegations contained in Paragraph 77.

78.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78 and therefore denies all allegations contained in Paragraph 78.

79.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 and therefore denies all allegations contained in Paragraph 79.

80.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 and therefore denies all allegations contained in Paragraph 80.

81.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 and therefore denies all allegations contained in Paragraph 81.

82.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82 and therefore denies all allegations contained in Paragraph 82.

83.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83 and therefore denies all allegations contained in Paragraph 83.

84.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84 and therefore denies all allegations contained in Paragraph 84.

85.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 and therefore denies all allegations contained in Paragraph 85.

86.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 and therefore denies all allegations contained in Paragraph 86.

87.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 and therefore denies all allegations contained in Paragraph 87.

88.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 and therefore denies all allegations contained in Paragraph 88.

89.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 and therefore denies all allegations contained in Paragraph 89.

90.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 and therefore denies all allegations contained in Paragraph 90.

209998:1

91.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 and therefore denies all allegations contained in Paragraph 91.

92.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 and therefore denies all allegations contained in Paragraph 92.

93.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 and therefore denies all allegations contained in Paragraph 93.

94.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94 and therefore denies all allegations contained in Paragraph 94.

95.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95 and therefore denies all allegations contained in Paragraph 95.

96.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96 and therefore denies all allegations contained in Paragraph 96.

97.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97 and therefore denies all allegations contained in Paragraph 97.

98.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98 and therefore denies all allegations contained in Paragraph 98.

99.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 and therefore denies all allegations contained in Paragraph 99.

### FALSE IMPRISONMENT

100.    In response to paragraph 100 of the Complaint, which incorporates by reference the allegations contained in paragraphs 1-99 of the Complaint, Defendant Lincoln adopts and incorporates by reference as if fully set forth herein its responses to paragraphs 1-99 of the Complaint.

101.    Defendant denies all allegations in Paragraph 101.

102.    Defendant denies all allegations in Paragraph 102.

103.    Defendant denies all allegations in Paragraph 103.

104.    Defendant denies all allegations in Paragraph 104.

105.    Defendant denies all allegations in Paragraph 105.

106.    Defendant denies all allegations in Paragraph 106.

### COUNT II
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

107.    In response to paragraph 107 of the Complaint, which incorporates by reference the allegations contained in paragraphs 1-106 of the Complaint, Defendant Lincoln adopts and incorporates by reference as if fully set forth herein its responses to paragraphs 1-106 of the Complaint.

108.    Defendant denies all allegations in Paragraph 108.

109.    Defendant denies all allegations in Paragraph 109.

110.    Defendant denies all allegations in Paragraph 110.

111.    Defendant denies all allegations in Paragraph 111.

112.    Defendant denies all allegations in Paragraph 112.

113.    Defendant denies all allegations in Paragraph 113.

## COUNT III
## NEGLIGENCE IN TRAINING

114.    In response to paragraph 114 of the Complaint, which incorporates by reference the allegations contained in paragraphs 1-113 of the Complaint, Defendant Lincoln adopts and incorporates by reference as if fully set forth herein its responses to paragraphs 1-113 of the Complaint.

115.    Defendant denies all allegations in Paragraph 115.

116.    Defendant denies all allegations in Paragraph 116.

117.    Defendant denies all allegations in Paragraph 117.

118.    Defendant denies all allegations in Paragraph 118.

119.    Defendant denies all allegations in Paragraph 119.

## COUNT IV
## NEGLIGENCE (IN SUPERVISION)

120.    In response to paragraph 120 of the Complaint, which incorporates by reference the allegations contained in paragraphs 1-119 of the Complaint, Defendant Lincoln adopts and incorporates by reference as if fully set forth herein its responses to paragraphs 1-119 of the Complaint.

121.    Defendant denies all allegations in Paragraph 121.

229998.1

122.    Defendant denies all allegations in Paragraph 122.

123.    Defendant denies all allegations in Paragraph 123.

124.    Defendant denies all allegations in Paragraph 124.

125.    Defendant denies all allegations in Paragraph 125.

## COUNT V
## ASSAULT

126.    In response to paragraph 126 of the Complaint, which incorporates by reference the allegations contained in paragraphs 1-125 of the Complaint, Defendant Lincoln adopts and incorporates by reference as if fully set forth herein its responses to paragraphs 1-125 of the Complaint.

127.    Defendant denies all allegations in Paragraph 127.

128.    Defendant denies all allegations in Paragraph 128.

129.    Defendant denies all allegations in Paragraph 129.

130.    Defendant denies all allegations in Paragraph 130.

## COUNT VI
## VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. 1981

131.    In response to paragraph 131 of the Complaint, which incorporates by reference the allegations contained in paragraphs 1-130 of the Complaint, Defendant Lincoln adopts and incorporates by reference as if fully set forth herein its responses to paragraphs 1-130 of the Complaint.

132.    The allegations contained in paragraph 132 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln. To the extent that a response is required, Lincoln denies the allegations contained in paragraph 132 of the Complaint.

17

133.    The allegations contained in paragraph 133 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 133 of the Complaint.

134.    The allegations contained in paragraph 134 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 134 of the Complaint.

135.    The allegations contained in paragraph 135 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 135 of the Complaint.

136.    The allegations contained in paragraph 136 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 136 of the Complaint.

137.    The allegations contained in paragraph 137 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 137 of the Complaint.

138.    The allegations contained in paragraph 138 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 138 of the Complaint.

**COUNT VI (SIC)**
**VIOLATION OF CIVIL RIGHTS UNDER THE DISTRICT OF COLUMBIA HUMAN RIGHTS ACT § 2-1402.32**

139.    In response to paragraph 139 of the Complaint, which incorporates by reference the allegations contained in paragraphs 1-138 of the Complaint, Defendant Lincoln adopts and

18

incorporates by reference as if fully set forth herein its responses to paragraphs 1-138 of the Complaint.

140.    The allegations contained in paragraph 140 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 140 of the Complaint.

141.    The allegations contained in paragraph 141 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 141 of the Complaint.

142.    The allegations contained in paragraph 142 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 142 of the Complaint.

143.    The allegations contained in paragraph 143 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 143 of the Complaint.

144.    The allegations contained in paragraph 144 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 144 of the Complaint.

145.    The allegations contained in paragraph 145 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 145 of the Complaint.

146.    The allegations contained in paragraph 146 are asserted against the Defendant Levy and therefore no response is required of Defendant Lincoln.  To the extent that a response is required, Lincoln denies the allegations contained in paragraph 146 of the Complaint.

19

Defendant denies all grounds of recovery for damages asserted in Plaintiff's Complaint and demands strict proof thereof.

### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Venue is improper in this Court.

### THIRD DEFENSE

Plaintiff's claims must fail, in whole or in part, because Defendant did not breach any duty of care owed to Plaintiff.

### FOURTH DEFENSE

Plaintiff's claims are barred or diminished by his own sole or contributory negligence, which negligence was the cause of all or part of his own injuries and damages.

### FIFTH DEFENSE

Plaintiff failed to take due and appropriate care in the mitigation of his alleged injuries and damages and his recovery from Defendant is therefore barred in whole or in part.

### SIXTH DEFENSE

Plaintiff's alleged injuries and damages were directly and proximately caused by his own acts and conduct which intervened between Defendant's acts and conduct and Plaintiff's alleged damages, thereby barring Plaintiff from any recovery from Defendant.

20

229998.7

### SEVENTH DEFENSE

Plaintiff's alleged injuries and damages were proximately caused by act(s) of commission or omission of third parties over whom this Defendant exercised no control or right to control, which act(s) intervened between Defendant's acts and Plaintiff's alleged damages, thereby barring Plaintiff from any recovery from Defendant.

### EIGHTH DEFENSE

Plaintiff's recovery of all or part of his alleged damages is barred by the doctrine of accord and satisfaction.

### NINTH DEFENSE

Plaintiff's claims are barred for failure to bring this matter in the appropriate time before the running of the applicable statute of limitations.

### TENTH DEFENSE

The injuries Plaintiff complains of are preexisting in nature and are not as a result of any of the allegations contained in Plaintiff's Complaint.

### ELEVENTH DEFENSE

Plaintiff's claims are barred by the doctrine of *laches.*

Defendant reserves the right to assert such other affirmative defenses as discovery in this case discloses a basis therefor.

WHEREFORE, the premises considered, Defendant respectfully prays that the Court enter judgment in its favor, that the Complaint against Defendant be dismissed with prejudice, and that the Defendant recovers of Plaintiff Defendant's costs of this action and such other and further relief as the Court may deem just and proper.

DATED: April 24, 2006

229998.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

By: /s/ James C. Mehigan
     Angela W. Russell, #447537
     James C. Mehigan, #480691
     1341 G Street, N.W.
     Suite 500
     Washington, D.C. 20005-3105
     (202) 626-7660

     Counsel for Defendant Lincoln Holdings, LLC

229998.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Defendant Lincoln Holdings,

LLC's Answer and Affirmative Defenses to be served via electronic mail on this 24th day of

April, 2006 upon:

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Shirlie Norris Lake, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Paul J. Kennedy, Esq.
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036


/s/ James C. Mehigan
James C. Mehigan