## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Case No. 1:06-cv-00587-PLF |
| v. | ) |
| | ) |
| LEVY PREMIUM FOODSERVICE, LP, et. al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

In consideration of Plaintiff's Motion for Entry of Default against Defendant Lincoln Holdings, LLC, and Defendant Lincoln Holdings, LLC's Opposition thereto, it is this ___ day of _____, 2006

**ORDERED** that Plaintiff's Motion be and is hereby DENIED.

_____
Hon. Paul L. Friedman

230025.1

Copies to:

Angela W. Russell, Esquire
James C. Mehigan, Esquire
1341 G Street, NW, Suite 500
Washington, D.C. 20005

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Shirlie Norris Lake, Esquire
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Paul J. Kennedy, Esquire
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036