IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALAN MALONE<br><br>　　　Plaintiffs<br><br>v.<br><br>WASHINGTON SPORTS &<br>ENTERTAINMENT, L.P., et al.<br><br>　　　Defendants | Case No. 1: 06 CV 00587<br><br>Judge Paul Friedman |

## ANSWER OF DEFENDANT WASHINGTON SPORTS & ENTERTAINMENT, L.P.

Washington Sports & Entertainment, L.P. ("WSE"), Defendant, by and through undersigned counsel, hereby Answers Plaintiff's Complaint, and states as follows:

1.　　Paragraph 1 contains no factual or legal allegations to which a response is required.

### JURISDICTION

2.　　Paragraph 2 states a legal conclusion to which no response is required.

### VENUE

3.　　Defendant admits that WSE is a legal entity licensed to do business in the District of Columbia. The balance of Paragraph 3 states a legal conclusion to which no response is required.

### STATEMENT OF FACTS

4.　　Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 4.

5.　　Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 5.

6.     Defendant denies the allegations contained in Paragraph 6.

7.     Defendant denies the allegations contained in Paragraph 7.

8.     Defendant admits the allegations contained in Paragraph 8.

9.     Defendant admits the allegations contained in Paragraph 9.

10.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 10.

11.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 11.

12.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 12.

13.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 13.

14.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 14.

15.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 15.

16.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 16.

17.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 17.

18.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 18.

19.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 19.

20.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 20.

21.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 21.

22.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 22.

23.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 23.

24.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 24.

25.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 25.

26.     Defendant admits the allegations contained in Paragraph 26 to the extent that Plaintiff was refused re-entry into the arena through a specific entrance.  Defendant denies the remaining allegations contained in Paragraph 26.

27.     Defendant admits the allegations contained in Paragraph 27.

28.     Defendant admits the allegations contained in Paragraph 28.

29.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 29.

30.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 30.

31.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 31.

32.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 32.

33.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 33.

34.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 34.

35.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 35.

36.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 36.

37.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 37.

38.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 38.

39.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 39.

40.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 40.

41.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 41.

42.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 42.

43.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 43.

44.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 44.

45.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 45.

46.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 46.

47.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 47.

48.    Defendant admits that a security guard requested Plaintiff's identification.

49.    Defendant admits that a security guard requested Plaintiff's identification and that he inquired as to the reason.

50.    Defendant denies the allegations contained in Paragraph 50.

51.    Defendant admits the allegations contained in Paragraph 51 to the extent that Plaintiff presented the guard with his driver's license in response to the guard's request. Defendant denies the allegations contained in Paragraph 51 to the extent that Plaintiff acted in response to the statements alleged in Paragraph 50, which are denied.

52.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 52.

53.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 53.

54.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 54.

55.     Defendant denies the allegations contained in Paragraph 55.

56.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 56.

57.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 57.

58.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 58.

59.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 59.

60.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 60.

61.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 61.

62.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 62.

63.     Defendant admits the allegations contained in Paragraph 63.

64.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 64.

65.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 65.

66.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 66.

67.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 67.

68.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 68.

69.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 69.

70.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 70.

71.    Defendant denies the allegations contained in Paragraph 71.

72.    Defendant denies the allegations contained in Paragraph 72.

73.    Defendant denies the allegations contained in Paragraph 73.

74.    Defendant denies the allegations contained in Paragraph 74.

75.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 75.

76.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 76.

77.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 77.

78.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 78.

79.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 79.

80.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 80.

81.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 81.

82.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 82.

83.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 83.

84.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 84.

85.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 85.

86.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 86.

87.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 87.

88.    Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 88.

89.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 89.

90.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 90.

91.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 91.

92.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 92.

93.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 93.

94.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 94.

95.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 95.

96.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 96.

97.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 97.

98.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 98.

99.     Defendant is without sufficient knowledge or information to admit or deny the allegations contained in Paragraph 99.

**COUNT I**

100.    Defendant adopts and incorporates its responses to Paragraphs 1-99.

101.    Defendant denies the allegations contained in Paragraph 101.

102.    Defendant denies the allegations contained in Paragraph 102.

103.    Defendant denies the allegations contained in Paragraph 103.

104.    Defendant denies the allegations contained in Paragraph 104.

105.    Defendant denies the allegations contained in Paragraph 105.

106.    Defendant denies the allegations contained in Paragraph 106.

**COUNT II**

107.    Defendant adopts and incorporates its responses to Paragraphs 1-106.

108.    Defendant denies the allegations contained in Paragraph 108.

109.    Defendant denies the allegations contained in Paragraph 109.

110.    Defendant denies the allegations contained in Paragraph 110.

111.    Defendant denies the allegations contained in Paragraph 111.

112.    Defendant denies the allegations contained in Paragraph 112.

113.    Defendant denies the allegations contained in Paragraph 113.

**COUNT III**

114.    Defendant adopts and incorporates its responses to Paragraphs 1-113.

115.    Defendant denies the allegations contained in Paragraph 115.

116.    Defendant denies the allegations contained in Paragraph 116.

117.    Defendant denies the allegations contained in Paragraph 117.

118.    Defendant admits the allegations contained in Paragraph 118.

119.     Defendant denies the allegations contained in Paragraph 119.

## COUNT IV

120.     Defendant adopts and incorporates its responses to Paragraphs 1-119.

121.     Defendant denies the allegations contained in Paragraph 121.

122.     Defendant denies the allegations contained in Paragraph 122.

123.     Defendant denies the allegations contained in Paragraph 123.

124.     Defendant admits the allegations contained in Paragraph 124.

125.     Defendant denies the allegations contained in Paragraph 125.

## COUNT V

126.     Defendant adopts and incorporates its responses to Paragraphs 1-125.

127.     Defendant denies the allegations contained in Paragraph 127.

128.     Defendant denies the allegations contained in Paragraph 128.

129.     Defendant denies the allegations contained in Paragraph 129.

130.     Defendant denies the allegations contained in Paragraph 130.

## COUNT VI

Paragraphs 131 through 138 contain allegations in support of Count VI, a claim against a Defendant other than WSE. As such, Defendant WSE is not required to admit or deny the allegations contained in paragraphs 131 through 138.

## COUNT VII

Paragraphs 139 through 146 contain allegations in support of Count VII, a claim against a Defendant other than Defendant WSE. As such, Defendant WSE is not required to admit or deny the allegations contained in paragraphs 139 through 146.

## RELIEF SOUGHT

147-153.        Defendant denies the Plaintiff is entitled to the relief sought in Paragraphs

147-153.

## NEGATIVE DEFENSES

The Defendant lacks the capacity to be sued for the asserted claims.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Complaint fails to state a claim for which relief can be granted.

### Second Affirmative Defense

Plaintiff's claims are barred by the doctrine of waiver.

### Third Affirmative Defense

Plaintiff's claims are barred by the doctrine of estoppel.

### Fourth Affirmative Defense

Plaintiff's claims are barred by the doctrine of contributory negligence.

### Fifth Affirmative Defense

Plaintiff's claims are barred by the doctrine of assumption of risk.

### Sixth Affirmative Defense

Plaintiff's injuries and/or damages, if any, are the result of the sole and/or concurrent

negligence of other individuals over whom the Defendants have no control.

### Seventh Affirmative Defense

This Complaint should be dismissed because it fails to join parties who are indispensible

to this action or should be joined pursuant to Rule 19 of the Federal Rules of Civil Procedure.

**Eighth Affirmative Defense**

All damages or injuries allegedly suffered by Plaintiff, if any, were the result of the acts and/or omissions of parties other than Defendant WSE.

*Defendant reserves the right to amend and supplement its Affirmative Defenses, as necessary, throughout discovery.*

WHEREFORE, Defendant requests that this Honorable Court dismiss the Complaint with prejudice and enter judgment in its favor.

Respectfully submitted,

Shirlie Norris Lake (#454327)
ECCLESTON AND WOLF, P. C.
2001 S Street, N. W., Suite 310
Washington, DC 20009-1125
(202) 857-1696
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of May 2006, Defendant WSE caused a copy

of the foregoing Answer to be served by electronic mail upon:

**Jimmy A. Bell**
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
jimbellesq@aol.com

**Janelle Natasha Richards**
LAW OFFICE OF JIMMY A. BELL, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
janellerichards@qmail.com

**Paul J. Kennedy**
LITTLER MENDELSON, P.C.
1050 Connecticut Avenue, NW
10th Floor
Washington, DC 20036
(202) 842-3400
(202) 842-0011 (fax)
pkennedy@littler.com

**Angela Williams Russell**
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105
(202) 626-7697
(202) 628-3606 (fax)
russella@wemed.com

**James Charles Mehigan**
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005
(202) 626-7660
mehiganj@wemed.com

Shirlie Norris Lake (#454327)

(E:\Document\Pleading\AT362.ANSWER-Washington Sports)