UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.*,<br><br>**Defendants.** | **Case No. 1:06CV00587**<br>**Hon. Paul L. Friedman** |

### DEFENDANT'S PARTIAL MOTION TO DISMISS

Defendant Levy Premium Foodservice, L.P. ("Levy"), by undersigned counsel, hereby submits this Partial Motion to Dismiss. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Levy seeks an Order dismissing the following counts of Plaintiff's Complaint: Count III, which alleges negligence in training; and Count IV, which alleges negligence in supervision.

In support if its Partial Motion to Dismiss, Levy submits the accompanying Memorandum of Law and proposed Order. As shown therein, these counts fail to state a claim upon which relief can be granted.

WHEREFORE, Defendant Levy Premium Foodservice, L.P. respectfully requests that the Court grant its Partial Motion to Dismiss and enter an Order dismissing each of the claims noted above with prejudice.

Dated:  May 5, 2006 Respectfully Submitted,

   /s/
_____
Paul J. Kennedy (Bar. No. 428623)
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC  20036
202.842.3400
202.842.0011 (fax)

Counsel for Defendant Levy Premium
Foodservice, L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2006, I electronically filed the foregoing Defendant's Partial Motion to Dismiss, Memorandum of Law in Support of Defendant's Partial Motion to Dismiss, and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Jimmy A. Bell, Esq.
> LAW OFFICES OF JIMMY A. BELL, PC
> 9610 Marlboro Pike
> Upper Marlboro, MD  20772
> Attorney for Plaintiff Edward A. Malone
>
> Shirlie Norris Lake, Esq.
> ECCLESTON & WOLF, P.C.
> 2001 S Street, N.W.
> Suite 310
> Washington, D.C.  20009
> Attorneys for Defendant Washington Sports & Entertainment, LP
>
> James C. Mehigan, Esq.
> Angela Russel, Esq.
> Wilson Elser Moskowitz
> Edelman & Dicker LLP
> 1341 G Street, NW
> Washington, D.C.  20005
> Attorneys for Defendant Lincoln Holdings, Inc.

/s/ _____
Paul J. Kennedy

Firmwide:81037977.1 047948.1000

4