UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.***,**<br><br>    **Defendants.** | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

## PROPOSED ORDER

Upon consideration of Defendant Levy Premium Foodservice, L.P.'s Partial Motion to Dismiss, the Memorandum of Law In Support of Defendant's Partial Motion to Dismiss, and any opposition and reply thereto, it is hereby:

ORDERED that the Motion is GRANTED, and the counts are hereby DISMISSED with prejudice: Count III, which alleges negligence in training; and Count IV, which alleges negligence in supervision.

Date:_____

                                                Paul L. Friedman
                                                United States District Judge

2

Firmwide:81037997.1 047948.1000