UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.*,<br><br>**Defendants.** | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

**DEFENDANT LEVY PREMIUM FOODSERVICE, L.P.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Defendant Levy Premium Foodservice, L.P. ("Levy"), certify that to the best of my knowledge and belief, Levy does not have any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: May 5, 2006                                  Respectfully submitted,

/s/
―――――――――――――――――――
Paul J. Kennedy (Bar No. 428623)
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC  20036
202.842.3400
202.842.0011 (fax)

Counsel for Defendant Levy Premium
Foodservice, L.P.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2006, I electronically filed the foregoing Defendant Levy Premium Foodservice's Disclosure Of Corporate Affiliations And Financial Interests with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      Jimmy A. Bell, Esq.
      LAW OFFICES OF JIMMY A. BELL, PC
      9610 Marlboro Pike
      Upper Marlboro, MD  20772
      Attorney for Plaintiff Edward A. Malone

      Shirlie Norris Lake, Esq.
      ECCLESTON & WOLF, P.C.
      2001 S Street, N.W.
      Suite 310
      Washington, D.C.  20009
      Attorneys for Defendant Washington Sports & Entertainment, LP

      James C. Mehigan, Esq.
      Angela Russel, Esq.
      Wilson Elser Moskowitz
      Edelman & Dicker LLP
      1341 G Street, NW
      Washington, D.C.  20005
      Attorneys for Defendant Lincoln Holdings, Inc.

      /s/ _____
      Paul J. Kennedy

4

Firmwide:81064853.1 047948.1000