IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALAN MALONE<br><br>    Plaintiff<br><br>v.<br><br>WASHINGTON SPORTS &<br>ENTERTAINMENT, L.P., et al.<br><br>    Defendants | Case No. 1: 06 CV 00587<br><br>Judge Paul Friedman |

**WASHINGTON SPORTS & ENTERTAINMENT, L.P.'S DISCLOSURE
OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Washington Sports & Entertainment, L.P. ("WSE"), certify that to the best of my knowledge and belief, WSE does not have any parent companies, subsidiaries or affiliates, which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

_____
Shirlie Norris Lake (#454327)
ECCLESTON AND WOLF, P. C.
2001 S Street, N. W., Suite 310
Washington, DC 20009-1125
(202) 857-1696
*Attorney for Defendant Washington Sports and Entertainment*

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of May 2006, Defendant WSE caused a copy of the foregoing Disclosure of Corporate Affiliations and Financial Interests to be served via first class mail upon:

**Jimmy A. Bell**
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
jimbellesq@aol.com

**Paul J. Kennedy**
LITTLER MENDELSON, P.C.
1050 Connecticut Avenue, NW
10th Floor
Washington, DC 20036
(202) 842-3400
(202) 842-0011 (fax)
pkennedy@littler.com

**James Charles Mehigan**
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005
(202) 626-7660
mehiganj@wemed.com

**Janelle Natasha Richards**
LAW OFFICE OF JIMMY A. BELL, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
janellerichards@qmail.com

**Angela Williams Russell**
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER, LLP
1341 G Street, NW
Suite 500
Washington, DC 20005-3105
(202) 626-7697
(202) 628-3606 (fax)
russella@wemed.com

Shirlie Norris Lake (#454327)