**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD ALLEN MALONE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | **CA: 1:06CV00587** |
| : | **Judge: Paul L. Friedman** |
| **WASHINGTON SPORTS AND,** : | |
| **ENTERTAINMENT, L.P., et. al.,** : | |
| : | |
| **Defendant.** : | |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT LINCOLN HOLDINGS, LLC

Pursuant to Rule 7.1 of the Local Rules of the U.S. District Court for the District of Columbia, defendant Lincoln Holdings, LLC hereby submits this Corporate Disclosure Statement as follows:

I, the undersigned counsel of record, for Lincoln Holdings, LLC, certify that to the best of my knowledge and belief, that Lincoln Holdings, LLC does not have any parent company, subsidiary or affiliate that has outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

231488.1

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ James C. Mehigan
    Angela W. Russell, #447537
    James C. Mehigan, #480691
    1341 G Street, N.W.
    Suite 500
    Washington, D.C. 20005-3105
    (202) 626-7660

    Counsel for Defendant Lincoln Holdings, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Defendant Lincoln Holdings, LLC's Answer and Affirmative Defenses to be served via electronic mail on this 8th day of May, 2006 upon:

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Shirlie Norris Lake, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Paul J. Kennedy, Esq.
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036

    /s/ James C. Mehigan
    James C. Mehigan

231488.1