UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD ALLEN MALONE,

     Plaintiff

v.

WASHINGTON SPORTS &
ENTERTAINMENT, LP, *et. al.*

     Defendants.

Case No.: 1:06CV00587
Hon. Paul L. Friedman

## MOTION TO APPEAR *PRO HAC VICE* ON BEHALF OF DEFENDANT WASHINGTON SPORTS & ENTERTAINMENT, LP

Pursuant to Local Rule of Civil Procedure 83.2(d), Shirlie Norris Lake, ("Ms. Lake"), attorney for Washington Sports & Entertainment, LP, hereby moves the Court for an Order admitting Nicholas B. Reuhs to practice before this Court for the purpose of this case. In support of this Motion, Movant states as follows:

1.    Nicholas B. Reuhs ("Mr. Reuhs") is an attorney at the law firm of Eccleston and Wolf, P.C., located at 2001 S Street, N.W., Suite 310, Washington, D.C. 20009.

2.    Mr. Reuhs is a member, in good standing, of the State Bar of Virginia.

3.    Mr. Reuhs has not been denied admission or disciplined by the State Bar of Virginia or any other Bar.

4.    Mr. Reuhs has never previously been admitted *pro hac vice* in this Court.

5.    Mr. Reuhs' application for membership in the District of Columbia Bar is pending.

6.      Mr. Reuhs will serve as co-counsel with, and work under the direct supervision of, Ms. Lake in the above captioned case.

7.      Ms. Lake is a member of the Bar of the District of Columbia and of this Court.

8.      Pursuant to Local Rule of Civil Procedure 7(m), Ms. Lake has contacted Plaintiff's and Co-Defendants' counsels.  They do not oppose the instant Motion.

WHEREFORE, counsel for Defendant Washington Sports & Entertainment, LP, respectfully request that Nicolas B. Reuhs be admitted to practice before this Court for the purpose of this case.

Respectfully submitted,

Shirlie Norris Lake (#454327)
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C.  20009
Tel: (202) 857-1696
Fax: (202) 857-0762
*Attorneys for Defendant Washington Sports*

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule of Civil Procedure 7(m) and 83.2(d) governs motions for admissions

*pro hac vice.*

Respectfully submitted,

Shirlie Norris Lake (#454327)
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C.  20009
Tel: (202) 857-1696
Fax: (202) 857-0762
*Attorneys for Defendant Washington Sports*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD ALLEN MALONE,

Plaintiff

v.

WASHINGTON SPORTS &
ENTERTAINMENT, LP, *et. al.*

Defendants.

Case No.: 1:06CV00587
Hon. Paul L. Friedman

## AFFIDAVIT OF NICHOLAS B. REUHS

**NICHOLAS B. REUHS**, being duly sworn, states:

1.    I am over the age of eighteen years, understand the meaning and obligations of an oath, and am competent to testify to the matters set forth in this affidavit.

2.    I respectfully apply for this Court's permission to appear pro hac vice as attorney for the Defendant Washington Sports & Entertainment, LP (hereinafter "WSE").

3.    I am an attorney in the law firm of Eccleston and Wolf, P.C., located at 2001 S Street, N.W., Suite 310, Washington D.C., 20009, (202) 857-1696.

4.    I have been a member in good standing in the Bar of the State of Virginia since October 2005.

5.    I have never been denied admission or disciplined by this Court or any other Court, and there are no disciplinary proceedings pending against me in any jurisdiction.

6.    I have never before been admitted *pro hac vice* in this Court.

7.    My application for membership in the District of Columbia Bar is pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2006.

_____
Nicholas B. Reuhs, Esq.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion to Appear Pro Hac Vice and accompanying Affidavit was sent by first class mail, postage prepaid, on this _9th_ day of May, 2006, to:

Jimmy A. Bell, Esq.
LAW OFFICES OF JIMMY A. BELL, PC
9610 Marlboro Pike
Upper Marlboro, MD 20772
*Attorney for Plaintiff Edward A. Monroe*

James C. Mehigan
Angela Russel
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1341 G Street, N.W.
Washington, DC 20005
*Attorneys for Defendant Lincoln Holdings, Inc.*

Paul Kennedy
LAW OFFICES OF PAUL KENNEDY
1150 17th Street N.W.
Suite 900
Washington, DC 20036
*Attorneys for Defendant Levy Premium Foodservice, LP*

Shirlie Norris Lake