UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWARD ALLEN MALONE,

    Plaintiff

v.

WASHINGTON SPORTS & ENTERTAINMENT, LP, *et. al.*

    Defendants.

Case No.: 1:06CV00587
Hon. Paul L. Friedman

## ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Nicholas B. Reuhs and the entire record herein, it is this _____ day of _____, 2006, by the United Sates Court for the District of Columbia,

ORDERED, that the Motion for Admission *Pro Hac Vice* of Nicholas B. Reuhs shall be, and hereby is, GRANTED; and it is further

ORDERED, that Nicholas B. Reuhs, is admitted to enter his appearance *pro hac vice* for Defendant Washington Sports & Entertainment in the above-referenced matter; and it is further

ORDERED, that the appearance *pro hac vice* of Nicholas B. Reuhs shall be entered on behalf of Defendant Washington Sports & Entertainment in this matter.

                                                Hon. Paul L. Friedman
                                                U.S. District Court Judge

Copies to:

Shirlie Norris Lake, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
*Attorneys for Defendant Washington Sports*

Jimmy A. Bell, Esq.
LAW OFFICES OF JIMMY A. BELL, PC
9610 Marlboro Pike
Upper Marlboro, MD 20772
*Attorney for Plaintiff Edward A. Monroe*

James C. Mehigan
Angela Russel
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1341 G Street, N.W.
Washington, DC 20005
*Attorneys for Defendant Lincoln Holdings, Inc.*

Paul Kennedy
LAW OFFICES OF PAUL KENNEDY
1150 17th Street N.W.
Suite 900
Washington, DC 20036
*Attorneys for Defendant Levy Premium Foodservice, LP*