IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EDWARD A. MALONE** | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 06cv00587 (PLF) |
| **LEVY PREMIUM FOODSERVICE, L.P.,** et al., | : | |
| Defendant. | : | |

**ORDER**

Upon consideration of Defendant's Partial Motion to Dismiss, Plaintiff's Opposition to thereto, and in the interests of justice, it is this _____ day of _____, 2006,

ORDERED, that Defendant's Partial Motion to Dismiss is hereby DENIED.

_____
United States District Court Judge

