UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE,**<br><br>     **Plaintiff,**<br><br>     v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.*,<br><br>     **Defendants.** | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

## MOTION TO ADMIT CRISTINA M. RODRIGUEZ *PRO HAC VICE*

NOW COMES Paul J. Kennedy, Esquire of Littler Mendelson, P.C. a member in good standing of the District of Columbia Bar and the United States District Court of the District of Columbia, and moves this court for an order admitting Cristina M. Rodriguez of Littler Mendelson, P.C. to practice before this court *pro hac vice* on behalf of the Defendant in the above-referenced matter. In support of this motion, attached is the Declaration by the non-member, Cristina M. Rodriguez, as required by LCvR 83.2.

Dated:  May 19, 2006                                  Respectfully submitted,

/s/
_____
Paul J. Kennedy, (Bar No. 428623)
LITTLER MENDELSON, P.C.
1150 17th Street N.W.
Suite 900
Washington, DC  20036
Phone:  202.842.3400
Fax:  202.842.0011

Counsel for Defendant Levy Premium
Foodservice, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2006, I electronically filed the foregoing Motion To Admit Cristina M. Rodriguez *Pro Hac Vice*, Declaration, and proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jimmy A. Bell, Esq.
>LAW OFFICES OF JIMMY A. BELL, PC
>9610 Marlboro Pike
>Upper Marlboro, MD  20772
>Attorney for Plaintiff Edward A. Malone
>
>Shirlie Norris Lake, Esq.
>ECCLESTON & WOLF, P.C.
>2001 S Street, N.W.
>Suite 310
>Washington, D.C.  20009
>Attorneys for Defendant Washington Sports & Entertainment, LP
>
>James C. Mehigan, Esq.
>Angela Russel, Esq.
>Wilson Elser Moskowitz
>Edelman & Dicker LLP
>1341 G Street, NW
>Washington, D.C.  20005
>Attorneys for Defendant Lincoln Holdings, Inc.

/s/
Paul J. Kennedy

Firmwide:81120575.1 047948.1000