UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**EDWARD ALLEN MALONE,**

    **Plaintiff,**

    v.

**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.*,

    **Defendants.**

Case No. 1:06CV00587
Hon. Paul L. Friedman

### DECLARATION OF CRISTINA M. RODRIGUEZ, ESQ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, CRISTINA M. RODRIGUEZ, do hereby state as follows:

1. I am a member of the law firm of Littler Mendelson, P.C. located at 1150 17th Street, NW, Suite 900, Washington, D.C. 20036. My office telephone number is (202) 842-3400.

2. I am currently a member of the Bar of the State of Maryland. I am also a member in good standing of the Bar of the United States District Court for the District of Maryland.

3. I am a member in good standing of each of the Bars identified above. There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, disbarred, or resigned from the practice of law in any jurisdiction.

4. I have not been admitted *pro hac vice* in this Court during the two years immediately preceding the filing of this Motion.

5. I will submit an application for admission to the District of Columbia Bar in the near future.

6. I am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of the Appellate Procedure and the Local Rules of this Court and consent to be subject to the Rules of this Court.


Dated: May 19, 2006                     /s/_____
                                        Cristina M. Rodriguez
                                        LITTLER MENDELSON, P.C.
                                        1150 17th Street N.W.
                                        Suite 900
                                        Washington, DC  20036
                                        Phone: 202.842.3400
                                        Fax: 202.842.0011


Firmwide:81120893.1 047948.1000