UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.*,<br><br>**Defendants.** | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

## ORDER

Upon motion and for good cause shown, and pursuant to Local Rule 83.2, it is ordered that attorney Cristina M. Rodriguez is hereby admitted *pro hac vice* for the purpose of representing Levy Premium Foodservice, L.P. in the above-captioned action. Paul J. Kennedy, who is admitted to practice before this Court, has accepted association with this attorney pursuant to Local Rule 83.2.

Dated: _____

                                                            Hon. Paul L. Friedman
                                                            United States District Judge

Firmwide:81120966.1 047948.1000