UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE<br><br>    Plaintiff,<br><br>    v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., <u>et al.</u><br><br>    Defendants. | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

### DEFENDANTS' JOINT PROPOSED SCHEDULING ORDER

Upon consideration of the Plaintiff's and Defendants' Joint Local Civil Rule 16.3 Report and the representations made in Court by Plaintiff and Defendants at the June 5, 2006 Meet and Confer Status Conference, it is hereby

ORDERED that:

1. This case shall proceed with the following deadlines:

| | |
|---|---|
| Amend Complaint/Join Parties | August 4, 2006 |
| Fact discovery closed | March 5, 2007 |
| Plaintiff's Expert Disclosures | August 4, 2006 |
| Defendants' Expert Disclosures | Oct. 3, 2006 |
| Dispositive motions | April 19, 2007 |
| Oppositions to dispositive motions | May 19, 2007 |
| Replies to oppositions to dispositive motions | June 8, 2007 |
| Pretrial Conference | July 5, 2007 |

2.      Each party is limited to a maximum of ___ interrogatories and each side is limited to a maximum of 10 depositions.

SIGNED this _____ day of _____, 2006.

_____
Paul L. Friedman
United States District Judge

Firmwide:81150407.1 047948.1003