UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P., et al.**<br><br>**Defendants.** | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

### PLAINTIFF'S PROPOSED SCHEDULING ORDER

Upon consideration of the Plaintiff's and Defendants' Joint Local Civil Rule 16.3 Report and the representations made in Court by Plaintiff and Defendants at the June 5, 2006 Meet and Confer Status Conference, it is hereby

ORDERED that:

1. This case shall proceed with the following deadlines:

| | |
|---|---|
| Amend Complaint/Join Parties | August 4, 2006 |
| Fact discovery closed | December 5, 2006 |
| Plaintiff's Expert Disclosures | August 4, 2006 |
| Defendants' Expert Disclosures | Oct. 3, 2006 |
| Dispositive motions | January 19, 2007 |
| Oppositions to dispositive motions | March 5, 2007 |
| Replies to oppositions to dispositive motions | April 5, 2007 |
| Pretrial Conference | May 5, 2007 |

      2.      Each party is limited to a maximum of 30 interrogatories per adverse party and each side is limited to a maximum of 10 depositions. Depositions are limited to five hours and shall be conducted within a single day.

SIGNED this _____ day of _____, 2006.

                                    _____
                                    Paul L. Friedman
                                    United States District Judge

Firmwide:81150428.1 047948.1003