UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EDWARD ALLEN MALONE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVY PREMIUM FOODSERVICE, L.P., et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-0587 (PLF) |

ORDER

This matter is before the Court on Cristina M. Rodriguez's motion to appear pro hac vice. It appears that Ms. Rodriguez practices law in the District of Columbia but is not a member of the District of Columbia Bar. Accordingly, her motion for admission pro hac vice is DENIED without prejudice to her refiling it, accompanied by a declaration of her membership or pending application therefor.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 5, 2006