IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

EDWARD ALLEN MALONE,

        Plaintiff

v.

WASHINGTON SPORTS & ENTERTAINMENT, LP, et al.

        Defendants.

Civil Action No.: 06-0587
Judge Paul L. Friedman

---

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Pursuant to LCvR 83.6, the Clerk of the Court shall please note entry of appearance of Kathleen H. Warin as counsel for defendant Lincoln Holdings, LLC. Angela W. Russell and James C. Mehigan of Wilson, Elser, Moskowitz, Edelman & Dicker LLP remain as counsel for defendant Lincoln Holdings, LLC. Ms. Warin is a member in good standing of the bar of this Court.

        Respectfully submitted,
        WILSON, ELSER, MOSKOWITZ,
        EDELMAN & DICKER LLP

        */s/ Kathleen H. Warin*
        Angela W. Russell (Bar #447537)
        James C. Mehigan (Bar #480691)
        Kathleen H. Warin (Bar # 492519)
        1341 G Street, N.W.
        Suite 500
        Washington, D.C. 20005
        (202) 626-7660
        fax (202) 628-3606

234685.1

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Notice Of Entry Of Appearance Of Counsel was filed and served electronically on June 16, 2006 to:

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Shirlie Norris Lake, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Paul J. Kennedy, Esq.
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036

                                  */s/ Kathleen H. Warin*
                                  Kathleen H. Warin

234685.1