UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
EDWARD ALLEN MALONE,                    )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )          Civil Action No. 06-0587 (PLF)
                                        )
LEVY PREMIUM FOODSERVICE, L.P., et al., )
                                        )
            Defendants.                 )
_____)

SCHEDULING ORDER

            The parties appeared for a meet and confer status conference on June 21, 2006.

Based upon the Rule 16.3 Joint Report submitted to the Court and the representations of counsel,

it is hereby ORDERED that

            1.    Any motion to amend the pleadings or join additional parties shall be

made by August 4, 2006.

            2.    Discovery shall be completed by January 10, 2007.  Counsel must resolve

all discovery disputes or bring them to the Court's attention in a timely manner so as to allow

sufficient time for the completion of discovery by this date.

            3.    Each party is limited to a maximum of 30 interrogatories to any other

party.  Responses to all interrogatories are due 30 days after service.

            4.    Each side is limited to a maximum of 10 depositions.  Depositions shall

last no more than one day, or 7 hours, per witness, except that the deposition of plaintiff Edward

A. Malone may last one-and-a-half days, or 9 hours.

5.      Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be made by July 5, 2006.

6.      Disclosures of plaintiff's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by August 4, 2006.

7.      Disclosures of defendant's retained experts pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure are due by October 3, 2006.

8.      Depositions of each party's retained experts shall be completed by January 10, 2007.

9.      Dispositive motions shall be filed on or before February 10, 2007; oppositions by March 12, 2007; and replies, if any, by April 2, 2007.

10.     The parties may file dispositive motions during the discovery period. Oppositions to any such motions are due within 30 days; replies are due 14 days thereafter.

11.     Counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court.  If counsel are unable to resolve the discovery dispute, counsel shall arrange a telephone conference with the Court by contacting chambers.  Counsel shall not file a discovery motion without a prior conference with the Court and opposing counsel.

12.     Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, e.g., mediation or neutral evaluation, is encouraged and is available by request of the Court at any time, as is a settlement conference before a magistrate judge.  If the case settles in whole or in part, plaintiff's counsel shall advise the Court by promptly filing a stipulation.

13.     Counsel are reminded to comply with Local Civil Rule 7(m), which requires counsel to confer on all nondispositive motions prior to filing them with the Court.  <u>See</u> LCvR 7.  The party filing the motion shall include in its motion a statement that the required discussion occurred and a statement as to whether the motion is opposed.

SO ORDERED.


/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 21, 2006