# EXHIBIT A

**Kennedy, Paul J.**

| | |
|---|---|
| From: | Kennedy, Paul J. |
| Sent: | Tuesday, July 18, 2006 1:40 PM |
| To: | 'jimbellesq@aol.com' |
| Cc: | 'james.mehigan@wilsonelser.com'; 'lake@ewmd.com'; Rodriguez-Licari, Cristina M.; LeGrant, Jacqueline D. |
| Subject: | Malone v. Levy Premium Foodservice, et al. |

Jimmy:

We have not received Plaintiff's Initial Disclosures, which were due on July 5, 2006, in accordance with the Court's June 21, 2006 Order. Please let us know when we can expect them (or if you've already sent them). Thanks.


Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com

1

**Kennedy, Paul J.**

| | |
|---|---|
| From: | Nicholas Reuhs [reuhs@ewdc.com] |
| Sent: | Monday, July 31, 2006 12:27 PM |
| To: | jimbellesq@aol.com |
| Cc: | Kennedy, Paul J.; Shirlie Lake; james.mehigan@wilsonelser.com; janellerichards@gmail.com; russella@wemed.com; kathleen.warin@wilsonelser.com |
| Subject: | RE: Malone v. Levy Premium Foodservice, et al. |

**Jimmy A. Bell**
jimbellesq@aol.com
Mr. Bell:

In advance of the June 21 status conference, all counsel except your coleague Janelle Richards agreed to forego intitial disclosures. She insisted that they be provided. As a result of this insistence, the June 21 Scheduling Order required all parties to serve intitial disclosures by July 5, 2006. In spite of this intitial Scheduling Order and Mr. Kennedy's informal email request on July 18, no disclosures have been provided on behalf of your client. All other parties have provided intitial disclosures.

As the disclosures are now almost 4 weeks past due, we request that they be provided immediatly. Unless myself or Ms. Lake hear from you by the close of business tommorrow, we will file the appropriate motion with the court.

**Nicholas B. Reuhs, Esquire**
ECCLESTON AND WOLF, PC
2001 S Street, NW, Suite 310
Washington, DC 20009-1125
(T) 202-857-1696
(F) 202-857-0762
reuhs@ewdc.com

8/3/2006

**Kennedy, Paul J.**

---

| | |
|---|---|
| From: | Kennedy, Paul J. |
| Sent: | Tuesday, August 01, 2006 11:48 AM |
| To: | jimbellesq@aol.com |
| Cc: | Shirlie Lake; james.mehigan@wilsonelser.com; LeGrant, Jacqueline D.; Rodriguez-Licari, Cristina M. |
| Subject: | Malone v. Levy et al. -- Discovery Responses |

Jimmy:

You may recall that I hand delivered to you at the status conference on June 21 Levy's written discovery requests. Accordingly, responses were due on or around July 21. As of today, August 1, we have seen no responses nor heard anything from your office about any requested extension. Please provide an immediate response.

Also, please consider this an effort to meet-and-confer about the issue, and I ask that you call me or Cristina Rodriguez (202-842-3400) to discuss resolution of this matter. If we do not hear from your office before the close of business tomorrow, we will assume you are not willing to discuss plaintiff's overdue response, and will proceed to seek relief from the court.

Similarly, we need to hear from you about plaintiff's overdue initial disclosures, further to my July 18 email to you. If we do not, we will proceed as outlined above.

Many thanks, and we look forward to hearing from you.


Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com

1