UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>Plaintiff,<br><br>v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., *et. al.*,<br><br>Defendants. | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

## DEFENDANT'S MOTION FOR AN ORDER COMPELLING DISCOVERY

Defendant Levy Premium Foodservice, L.P. ("Levy"), by counsel, submits this motion for an order compelling answers to interrogatories and document requests, pursuant to Rule 37(d) the Federal Rules of Civil Procedure, as follows:

1. On June 21, 2006, Levy hand delivered on counsel for Plaintiff, its First Request for Production of Documents and First Set of Interrogatories. Counsel for Levy did so prior to the commencement of the scheduling conference before the Court on that date.

2. Plaintiff's responses, therefore, were due on or before July 21, 2006.

3. Plaintiff failed, and continues to fail, to respond to these requests. Nor has Plaintiff communicated with Levy in an effort to obtain any extension.

4. Rule 37(d) of the Federal Rules of Civil Procedure provides that in the event a party fails to respond to interrogatories or document requests, the Court "may make such orders in regard to the failure as are just, and among others it may take any

action authorized under subparagraphs (A), (B) and (C) of subdivision (b)(ii) of this Rule." Fed.R.Civ.P. 37(d).[1]

5.  Levy requests that the Court compel Plaintiff to respond to its interrogatories and document requests within five (5) days from the entry of an order granting this Motion. In the event Plaintiff fails to do so, Levy requests that the Court strike, with prejudice, Plaintiff's claims against Levy in this case.

6.  In accordance with Local Civil Rule 7(m), counsel for Levy attempted to confer in good faith with Plaintiff's counsel. Attached as Exhibit A is an email dated August 1, 2006, demonstrating an attempt to resolve this issue. In addition, counsel for Levy telephoned Plaintiff's counsel in August 3, 2006, to further attempt to confer in good faith, but has received no response as of the date of this filing.

7.  Pursuant to Rule 37(b), Levy requests that the Court require Plaintiff to pay its reasonable expenses, including attorney's fees, caused by his failure to provide responses.

For the foregoing reasons, Levy requests that the Court grant this Motion in all respects.

---

[1] [1] Rule 37(b)(2)(A),(B), and (C) authorize the Court to issue sanctions, which can include:

> (A) An order that the matters regarding which the order was made or any other designated facts shall be taken to be established for the purposes of the action in accordance with the claim of the party obtaining the order; (B) An order refusing to allow the disobedient party to support or oppose designated claims or defenses, or prohibiting that party from introducing designated matters in evidence; (C) An order striking out pleadings or parts thereof, or staying further proceedings until the order is obeyed, or dismissing the action or proceeding or any part thereof, or rendering a judgment by default against the disobedient party.

Dated: August 7, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: _____/s/_____
Paul J. Kennedy (D.C. Bar #428623)
1150 17th Street, N.W., Suite 900
Washington, D.C. 20005
(202) 842-3400  Telephone
(202) 842-0011  Facsimile
pkennedy@littler.com

Counsel for Defendant Levy Premium Foodservice, L.P.

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 7, 2006, a copy of the foregoing Defendant's Motion for an Order Compelling Discovery was served electronically and by first-class mail, postage prepaid, upon the following:

Jimmy A. Bell, Esq.
Janelle N. Richards, Esq.
LAW OFFICES OF JIMMY A. BELL, PC
9610 Marlboro Pike
Upper Marlboro, MD 20772

Attorneys for Plaintiff Edward A. Malone

Shirlie Norris Lake, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Attorneys for Defendant Washington Sports & Entertainment, LP

James C. Mehigan, Esq.
Angela Russell, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
1341 G Street, NW
Washington, D.C. 20005

Attorneys for Defendant Lincoln Holdings, Inc.

/s/_____
Paul J. Kennedy

Firmwide:81362353.1 047948.1003