# EXHIBIT A

**Kennedy, Paul J.**

| | |
|---|---|
| **From:** | Kennedy, Paul J. |
| **Sent:** | Tuesday, August 01, 2006 11:48 AM |
| **To:** | jimbellesq@aol.com |
| **Cc:** | Shirlie Lake; james.mehigan@wilsonelser.com; LeGrant, Jacqueline D.; Rodriguez-Licari, Cristina M. |
| **Subject:** | Malone v. Levy et al. -- Discovery Responses |

Jimmy:

You may recall that I hand delivered to you at the status conference on June 21 Levy's written discovery requests. Accordingly, responses were due on or around July 21. As of today, August 1, we have seen no responses nor heard anything from your office about any requested extension. Please provide an immediate response.

Also, please consider this an effort to meet-and-confer about the issue, and I ask that you call me or Cristina Rodriguez (202-842-3400) to discuss resolution of this matter. If we do not hear from your office before the close of business tomorrow, we will assume you are not willing to discuss plaintiff's overdue response, and will proceed to seek relief from the court.

Similarly, we need to hear from you about plaintiff's overdue initial disclosures, further to my July 18 email to you. If we do not, we will proceed as outlined above.

Many thanks, and we look forward to hearing from you.


Paul Kennedy
Littler Mendelson, P.C.
1150 17th St., N.W.
Suite 900
Washington, D.C. 20036
202-414-6855 (direct)
202-842-3400 (main)
202-255-6923 (mobile)
202-842-0011 (fax)
www.littler.com

1