IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>Plaintiff,<br><br>v.<br><br>LEVY PREMIUMS FOODSERVICE, L.P.,<br>*et al.*,<br><br>Defendants. | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

## ORDER

Upon consideration of Defendant's Motion for an Order Compelling Discovery, Plaintiff's Opposition, and other papers in the case, it is hereby

ORDERED, that Defendant's Motion is granted in all respects and that Plaintiff shall provide within five (5) days of the date of this Order his responses to Defendant's First Set of Interrogatories and First Request for Production of Documents; it is further

ORDERED, that in the event Plaintiff fails to do so, Plaintiff's claims against Levy will be stricken with prejudice; and it is further

ORDERED, that Plaintiff shall be required to pay Defendant's reasonable expenses, including attorney's fees, caused by his failure to respond to Defendant's First Set of Interrogatories and First Request for Production of Documents, and Defendant shall submit within ten (10) days of the date of this Order a fee petition.

_____
United States District Court Judge

**COPIES TO:**

Paul J. Kennedy, Esq.
Littler Mendelson, P.C.
1150 17th Street, N.W.
Suite 900
Washington, D.C. 20036

Jimmy A. Bell, Esq.
Law Offices of Jimmy A. Bell, PC
9610 Marlboro Pike
Upper Marlboro, MD 20772

James C. Mehigan, Esq.
Angela Russel, Esq.
Wilson Elser Moskwitz Edelman & Dicker LLP
1341 G Street, N.W.
Washington, D.C. 20005

Shirlie Norris Lake, Esq.
Nicholas B. Reuhs, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009