IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**EDWARD ALLEN MALONE,**

        **Plaintiff**

v.

**WASHINGTON SPORTS & ENTERTAINMENT, LP, et al.**

        **Defendants.**

Civil Action No.: 06-0587
Judge Paul L. Friedman
Next Event: Defendants' Expert
Disclosures 10/3/06

---

### DEFENDANT LINCOLN HOLDINGS, LLC'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, Defendant Lincoln Holdings, LLC by and through counsel, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and moves for summary judgment on plaintiff's claims. As grounds for defendant's Motion for Summary Judgment, defendant states as follows:

1. This matter surrounds an alleged dispute over payment for a birthday party of the plaintiff at the Acela Club, a private restaurant at the Verizon Center.

2. This suit involves claims by plaintiff against defendant Lincoln Holdings, LLC, for false imprisonment, intentional infliction of emotional distress, negligence (in training), negligence (in supervision) and assault, alleging that employees acting as agents of the defendant Lincoln Holdings, LLC injured plaintiff as a result of a confrontation regarding payment.

3. Plaintiff's claims against defendant Lincoln Holdings, LLC fail because plaintiff cannot establish as a matter of law that defendant Lincoln Holdings, LLC can be held vicariously liable for the actions of employees of the Acela Club or the Verizon Center. Lincoln Holdings,

LLC is a minority owner of Washington Sports & Entertainment, LP and therefore has no direct ownership in the Verizon Center.

4.  Discovery in this matter cannot produce any material facts in dispute regarding the corporate identity of Lincoln Holdings, LLC or its ability to control, direct or supervise the employees referenced in plaintiff's Complaint. Plaintiff, therefore, cannot establish liability against Lincoln Holdings, LLC as a matter of law.

5.  In further support of this Motion, defendant Lincoln Holdings, LLC attaches the following Memorandum of Points and Authorities.

WHEREFORE, defendant Lincoln Holdings, LLC respectfully requests that this Court grant summary judgment in its favor.

>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER LLP
>
>_____/s/_____
>Angela W. Russell, #447537
>James C. Mehigan, #480691
>1341 G Street, NW, Suite 500
>Washington, D.C. 20005
>(202) 626-7660
>(202) 628-3606 fax
>
>*Attorneys for Defendant*
>*Lincoln Holdings, Inc.*

2

232584.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Defendant's Motion for Summary Judgment and all attachments were sent via electronic mail, on this 10th day of August, 2006 to:

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Shirlie Norris Lake, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Paul J. Kennedy, Esq.
Littler Mendelson
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036

_____/s/_____
James C. Mehigan

232584.1