IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

EDWARD ALLEN MALONE,

        **Plaintiff**

v.

WASHINGTON SPORTS & ENTERTAINMENT, LP,
et al.

        **Defendants.**

Civil Action No.: 06-0587
Judge Paul L. Friedman
Next Event: Defendants' Expert
Disclosures 10/3/06

---

## STATEMENT OF UNDISPUTED FACTS

1. Plaintiff has made the following allegations against defendant Lincoln Holdings, LLC: false imprisonment, intentional infliction of emotional distress, negligence (in training), negligence (in supervision) and assault. Complaint ¶¶100-130.

2. Plaintiff's allegations against Lincoln Holdings, LLC are based on vicarious liability theories. See Complaint ¶¶ 101, 110-113, 114-125, 129.

3. Lincoln Holdings, LLC is a minority shareholder of Washington Sports & Entertainment, LP. Burrows Affidavit at ¶ 2.

4. Lincoln Holdings, LLC is not an owner of the Verizon Center. Burrows Affidavit at ¶ 3.

5. Lincoln Holdings, LLC does not have any power to select, engage or pay employees or agents of the Verizon Center. Burrows Affidavit at ¶ 4.

6. Lincoln Holdings, LLC does not have the power to discharge employees or agents of the Verizon Center. Burrows Affidavit at ¶ 5.

232584.1                                          4

7.     Lincoln Holdings, LLC does not have the power to control the conduct of Verizon Center employees or agents. Burrows Affidavit at ¶ 6.

                Respectfully Submitted,
                WILSON, ELSER, MOSKOWITZ,
                EDELMAN & DICKER LLP

                _____/s/_____
                Angela W. Russell, #447537
                James C. Mehigan, #480691
                1341 G Street, NW, Suite 500
                Washington, D.C. 20005
                (202) 626-7660
                (202) 628-3606 fax

                *Attorneys for Defendant*
                *Lincoln Holdings, Inc.*