IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| EDWARD ALLEN MALONE, | : |
| Plaintiff | Civil Action No.: 06-0587 |
| | : Judge Paul L. Friedman |
| v. | Next Event: Defendants' Expert |
| | : Disclosures 10/3/06 |
| WASHINGTON SPORTS & ENTERTAINMENT, LP, et al. | : |
| Defendants. | : |
| | : |

---

### AFFIDAVIT OF KEITH BURROWS

I, Keith Burrows, do solemnly affirm under penalties of perjury that I am over the age of 18 years of age, that I am competent to testify and, being duly sworn, deposes and states that the following Affidavit is made based upon personal knowledge.

1. I am the Comptroller of Lincoln Holdings, LLC and have intimate knowledge of all aspects of the business including but not limited to its functions, corporate structure, ownership, management and relationship to Washington Sports and Entertainment, LP and the Verizon Center.

2. Lincoln Holdings, LLC is a minority shareholder of Washington Sports & Entertainment, LP.

3. Lincoln Holdings, LLC is not an owner of the Verizon Center.

4. Lincoln Holdings, LLC does not have any power to select, engage or pay employees or agents of the Verizon Center.

5. Lincoln Holdings, LLC does not have the power to discharge employees or agents



235527.1

of the Verizon Center.

      6.    Lincoln Holdings, LLC does not have the power to control the conduct of Verizon Center employees or agents.

**I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.**

Dated: 8/4/06

                                                   Keith Burrows

Subscribed and sworn to before me this 4 day of August, 2006.

Notary Public

My Commission Expires: 2/01/10

JENNIFER L. SIMPSON
Notary Public-Maryland
Calvert County
My Commission Expires
February 01, 2010

235527.1