IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

EDWARD ALLEN MALONE,

        Plaintiff

v.

WASHINGTON SPORTS & ENTERTAINMENT, LP, et al.

        Defendants.

Civil Action No.: 06-0587
Judge Paul L. Friedman

---

## ORDER

UPON CONSIDERATION OF Defendant Lincoln Holdings, LLC's Motion for Summary Judgment and any opposition thereto, it is this _____ day of _____, 2006;

ORDERED that the motion is GRANTED, and that judgment in favor of Defendant Lincoln Holdings, LLC is entered.

                                          _____
                                          Judge Paul L. Friedman

Copies to:

Angela W. Russell, Esq.
James C. Mehigan, Esq.
1341 G Street, NW, Suite 500
Washington, D.C. 20005

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Shirlie Norris Lake, Esq.
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Paul J. Kennedy, Esq.
Littler Mendelson
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036

232584.1                                11