UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                           )
EDWARD ALLEN MALONE,                       )
                                           )
      Plaintiff,                           )
                                           )
   v.                                      )   Civil Action No. 06-0587 (PLF)
                                           )
LEVY PREMIUM FOODSERVICE, L.P., et al.,    )
                                           )
      Defendants.                          )
_____)

ORDER

Upon consideration of Defendants' Motion to Compel Initial Disclosures [Docket No. 24] and Defendant Levy's Motion for an Order Compelling Discovery [Docket No. 25], to neither of which has any opposition has been filed,[1] it is hereby

ORDERED, that Defendants' Motion to Compel Initial Disclosures is granted and that plaintiff shall provide within ten (10) days of the date of this order his initial disclosures; it is further

ORDERED, that in the event plaintiff fails to do so, plaintiff will be precluded from using as evidence any witness or information not so disclosed within ten (10) days of the date of this order; and it is further

ORDERED, that plaintiff shall be required to pay defendants' reasonable expenses, including attorneys' fees, caused by his failure to make his initial disclosures, and

---

[1] While the movant did not comply with paragraph 11 of this Court's June 21, 2006 Scheduling Order, which requires a conference with the Court and opposing counsel prior to the filing of discovery motions, the Court notes that the movant attached documentation of efforts to contact the other side prior to the filing of these motions.

defendants shall submit within ten (10) days of the date of this order a fee petition; and it is further

ORDERED, that Defendant Levy's Motion to Compel Discovery is granted and that plaintiff shall provide within ten (10) days of the date of this order his responses to Defendant's First Set of Interrogatories and First Request for Production of Documents; it is further

ORDERED, that in the event plaintiff fails to do so, plaintiffs claims against Levy will be stricken with prejudice; and it is further

ORDERED, that plaintiff shall be required to pay defendant Levy's reasonable expenses, including attorney's fees, caused by his failure to respond to Defendant's First Set of Interrogatories and First Request for Production of Documents, and defendant Levy shall submit within ten (10) days of the date of this order a fee petition.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 22, 2006