# Mehigan, James

| | |
|---|---|
| **From:** | Mehigan, James |
| **Sent:** | Thursday, August 10, 2006 4:18 PM |
| **To:** | 'jimbellesq@aol.com' |
| **Cc:** | 'Kennedy, Paul J.'; 'lake@ewmd.com'; Russell, Angela W. |
| **Subject:** | RE: Malone v. Levy Premium Food Service, et. al. |

Jimmy,

I have not received a response to my correspondence below. If I do not receive your client's responses to written discovery within the next seven days, I will be constrained to seek the court's intervention. If you require additional time, please call to discuss.

Thank you,

Jim

---

| | |
|---|---|
| **From:** | Mehigan, James |
| **Sent:** | Friday, August 04, 2006 2:59 PM |
| **To:** | 'jimbellesq@aol.com' |
| **Cc:** | 'Kennedy, Paul J.'; 'lake@ewmd.com'; Russell, Angela W. |
| **Subject:** | Malone v. Levy Premium Food Service, et. al. |

Dear Jimmy,

I have not received Plaintiff's responses to Lincoln Holdings' written discovery, which is now overdue. Please advise when I can expect to receive your client's answers to this written discovery.

Jim

*James C. Mehigan, Esquire*
*Wilson Elser Moskowitz Edelman & Dicker, LLP*
*1341 G Street, N.W.*
*Suite 500*
*Washington, DC 20005*
*(202) 626-9094 (direct)*
*(202) 628-3606 (fax)*

**EXHIBIT 1**