**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EDWARD ALLEN MALONE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEVY PREMIUM FOODSERVICE, )<br>LP, et. al. )<br>)<br>Defendants. ) | Civil Case No. 1:06-cv-00587-PLF |

### ORDER

In consideration of Defendant Lincoln Holdings, LLC's Motion to Compel Discovery or In the Alternative to Dismiss With Prejudice, and any opposition thereto, it is this _____ day of _____, 2006

**ORDERED** that Defendant's Motion be and is hereby GRANTED; and it is further

**ORDERED** that Plaintiff shall produce responses to Defendant Lincoln Holdings, LLC's Interrogatories and Requests for Production of Documents within ten (10) days from the date of this Order; and it is further

**ORDERED** that in the event Plaintiff fails to shall produce responses to Defendant Lincoln Holdings, LLC's Interrogatories and Requests for Production of Documents in accordance to this Order, Plaintiff's claims against Defendant Lincoln Holdings, LLC shall be stricken with prejudice.

_____
Hon. Paul L. Friedman

240090.1

Copies to:

Angela W. Russell, Esquire
James C. Mehigan, Esquire
1341 G Street, NW, Suite 500
Washington, D.C. 20005

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, Maryland 20772

Shirlie Norris Lake, Esquire
Eccleston & Wolf, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009

Paul J. Kennedy, Esquire
1150 17th Street, N.W. Suite 900
Washington, D.C. 20036

240090.1