UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| EDWARD ALLEN MALONE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-0587 (PLF) |
| LEVY PREMIUM FOODSERVICE, L.P., et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER TO SHOW CAUSE

On June 21, 2006, a Scheduling Order [23] was issued in this case noting that "counsel are required to confer in good faith in an effort to resolve all discovery disputes before bringing the dispute to the Court." See Scheduling Order at 2.

Local Civil Rule 7(m) provides that:

> before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement.

Two defendants have now filed a total of three motions with the Court [24, 25 and 28] alleging that they have attempted, and failed, to reach plaintiff's counsel regarding a lack of discovery responses on plaintiff's counsel's part. To date, those motions, two of which have already been granted, have been unopposed.

It is hereby ORDERED that plaintiff's counsel shall show cause in writing by September 11, 2006 why they should not be held in contempt for failure to confer with opposing counsel and failure to respond in a timely manner to discovery requests.

SO ORDERED.

                                                                                                                                                                              __/s/ _____
                                                                                                                                                                              PAUL L. FRIEDMAN
                                                                                                                                                                              United States District Judge

DATE: September 1, 2006