**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EDWARD A. MALONE,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**LEVY PREMIUM** )<br>**FOOD SERVICE, et al.,** )<br>)<br>Defendants. )<br>) | Civil Action No. 06-00587 (PLF) |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY**

COMES NOW Janelle N. Richards, Esq., attorney for Plaintiff Edward A. Malone, and respectfully moves this honorable court for leave to withdraw her appearance as attorney of record.

As grounds, Counsel sets forth the following:

1. Attorney Richards is currently in the process of relocating to Atlanta, Georgia, and does not believe that she will be able to devote the time necessary to successfully represent the Plaintiff in this matter during this transition.

2. For the above reason, Attorney Richards wishes to terminate her representation of said client.

3. Counsel hereby certifies that notice to withdraw was sent to Plaintiff Edward Malone on August 28, 2006.

4. Plaintiff will not be prejudiced by granting this motion as Plaintiff is currently still represented by Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C.

WHEREFORE, Attorney Richards prays that this Honorable Court grant her Motion for Leave to Withdraw as Attorney of record in the above-captioned matter.

Respectfully submitted,

_____/s/_____
Janelle N. Richards, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiff

Dated: September 5, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2006, a copy of the foregoing Motion for Leave to Withdraw as Attorney was served, first-class postage prepaid, to the Plaintiff at his last known address. I further certify that on August 28, 2006, Plaintiff was served with a letter advising him of counsel's intent to file a motion to withdraw. This document was served, first-class postage prepaid to the Plaintiff's last known address of:

Edward A. Malone, Esq.
2400 South Glebe Road, #816
Arlington, VA 22206


_____/s/_____
Janelle N. Richards, Esq.