IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EDWARD A. MALONE,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-00587 (PLF) |
| ) | |
| **LEVY PREMIUM** ) | |
| **FOOD SERVICE, et al.,** ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon review of Attorney Janelle N. Richards' Motion for Leave to Withdraw as Attorney for Plaintiff Edward Malone, it is this _____ day of _____ 2006,

ORDERED that this Motion for Leave to Withdraw as Attorney shall be and the same is hereby GRANTED.

_____
PAUL L. FRIEDMAN
United States District Court Judge

cc:
Edward A. Malone, Esq.
2400 South Glebe Road, #816
Arlington, VA 22206
Plaintiff