UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.*,<br><br>**Defendants.** | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

**DEFENDANTS LEVY PREMIUM FOODSERVICE L.P. AND
WASHINGTON SPORTS AND ENTERTAINMENT, L.P.'S FEE PETITION**

Pursuant to the Court's August 22, 2006 order, Defendant Levy Premium Food Service, L.P. ("Levy") and Defendant Washington Sports and Entertainment, L.P. ("WSE"), jointly by counsel, hereby submit this Fee Petition. On August 22, 2006, the Court issued an Order granting Defendants' Motion to Compel Plaintiff's Initial Disclosures, and Levy's Motion for an Order Compelling Discovery. In its Order, the Court also awarded reasonable expenses, including attorneys' fees, caused by Plaintiff's failure to make initial disclosures and his failure to respond to Levy's First Set of Interrogatories and First Request for Production of Documents.

Accordingly, Levy and WSE respectfully request that the Court award them reasonable attorneys' fees in the amount of $1,650. As evidentiary support for these amounts, Levy and WSE contemporaneously file relevant invoices, a Memorandum of Law, a Declaration of Paul J. Kennedy, and an Affidavit of Shirlie Norris Lake.

Dated: September 5, 2006                Respectfully submitted,

                                    LITTLER MENDELSON, P.C.

By:          /s/        
Paul J. Kennedy (D.C. Bar #428623)
1150 17th Street, N.W., Suite 900
Washington, D.C. 20005
(202) 842-3400 Telephone
(202) 842-0011 Facsimile
pkennedy@littler.com

Counsel for Defendant Levy Premium Foodservice, L.P.

        /s/        
Shirlie Norris Lake, Esq.
Nicholas B. Reuhs, Esq.
ECCLESTON & WOLF, P.C.
2001 S Street, N.W.
Suite 310
Washington, D.C. 20009
(202) 857-1696 Telephone
(202) 857-0762 Facsimile

Attorneys for Defendant Washington Sports & Entertainment, LP

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 5, 2006, a copy of the foregoing Defendants Levy Premium Foodservice, L.P. and Washington Sports and Entertainment, L.P.'s Fee Petition, Memorandum of Law and Exhibits was served electronically and by first-class mail, postage prepaid, upon the following:

>Jimmy A. Bell, Esq.
>Janelle N. Richards, Esq.
>LAW OFFICES OF JIMMY A. BELL, PC
>9610 Marlboro Pike
>Upper Marlboro, MD  20772
>Attorneys for Plaintiff Edward A. Malone
>
>James C. Mehigan, Esq.
>Angela Russell, Esq.
>WILSON, ELSER, MOSKOWITZ,
>EDELMAN & DICKER LLP
>1341 G Street, NW
>Washington, D.C.  20005
>Attorneys for Defendant Lincoln Holdings, Inc.

                                      /s/
                                 Paul J. Kennedy