# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>Plaintiff,<br><br>v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., *et. al.*,<br><br>Defendants. | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

### DECLARATION OF PAUL J. KENNEDY

I, do hereby declare and state with personal knowledge as follows:

1. I am over the age of eighteen and competent to testify.

2. I am a shareholder with the law firm of Littler Mendelson, P.C. 1150 17th Street, N.W., Suite 900, Washington, DC 20036, and I am lead counsel for Defendant Levy Premium Foodservice, L.P. ("Defendant" or "Levy") in this case.

3. I graduated from law school in 1984, and I was admitted to the Bar of Texas in 1985, the Bar of Virginia in 1988, and the Bar of the District of Columbia in 1989. I am also a member in good standing of the following Courts: U.S. District Court for the Eastern District of Virginia, admitted 1989; U.S. District Court for the District of Columbia, admitted 1991; U.S. Court of Appeals for the Fourth Circuit, admitted 1991; U.S. Court of Appeals for the Fifth Circuit, admitted 1986; U.S. Court of Appeals for the Federal Circuit, admitted 1994, and the U.S. District Court of Maryland, admitted 2002.

4. There is no grievance pending against me in any jurisdiction, and I have never been reprimanded, suspended, disbarred, or resigned from the practice of law in any jurisdiction.

5. I have been involved in the representation of Defendants in litigation throughout my 22 years of practice, including cases involving allegations of false imprisonment, intentional infliction of emotional distress, negligent training and supervision, assault, and claims of discrimination under 42 U.S.C. § 1981 and the D.C. Human Rights Act, the claims alleged in this case.

6. The hourly rate charged for my time in the representation of Levy in this case is $420.00.

7. I am familiar with the with the hourly rates charged by attorneys in the Baltimore/Washington area for the representation of Defendants in similar litigations.

8. The hourly fee charged by Littler Mendelson, P.C., in connection with its representation of Levy is fair and reasonable and consistent with fees charged by attorneys in the Baltimore/Washington area for the representation of Defendants in this type of litigation.

9. I expended a total of three hours in the representation of Levy in connection with Plaintiff's failure to serve initial disclosures and to respond to Levy's discovery requests for total fees of $1,260.

10. Attached hereto as Exhibit 2 is an itemization of the legal services rendered in connection with Defendants' Motion to Compel Initial Disclosures and Levy's Motion to Compel Discovery, as well as services rendered in the preparation of this Fee Petition.

11. I have reviewed Exhibit 2, and the legal services reflected therein were reasonable and necessary in connection with Plaintiff's failure to serve initial disclosures and his failure to serve discovery responses.

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge.

Paul J. Kennedy

Dated: September 5, 2006