# EXHIBIT
# 2

**DATE:**    August 31, 2006

Invoice No.  3170547

Page 2

**CLIENT MATTER NUMBER:**    047948.1003

**CLIENT:**    LEVY RESTAURANTS

**MATTER:**    MALONE, EDWARD ALLEN  V. LEVY PREMIUM FOODSERVICE
(FEE PETITION -  For Court Purposes Only)

**Legal Services for the Period Ending August 31, 2006**

| Date | Atty | Hours | Description |
|------|------|-------|-------------|
| 07/31/06 | PJK | 0.70 | Review local rules regarding initial disclosures, begin preparation of motion to compel initial disclosures, and prepare email to counsel for Malone regarding discovery responses. |
| 08/03/06 | PJK | 0.70 | Finalize motion to compel initial disclosures; telephone conference with counsel for Washington Sports. |
| 08/04/06 | PJK | 0.90 | Prepare proposed order for motion to compel initial disclosures; prepare motion to compel answers to interrogatories and document requests; review local rules; exchange emails with counsel for co-defendants. |
| 08/07/06 | PJK | 0.30 | Review and finalize motion to compel answers to written discovery. |
| 08/31/06 | PJK | 0.40 | Preparation of fee petition and accompanying documents |
| Total Hours | | 3.00 | |

**Total Legal Fees**                                                **$1,260.00**

**Fees Summary**

| Timekeeper | | Hours | Rate | Fees |
|------------|--|-------|------|------|
| Paul J. Kennedy | Shareholder | 3.00 | 420.00 | 1,260.00 |
| **Total Legal Fees** | | **3.00** | | **$1,260.00** |