# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>  Plaintiff<br><br>v.<br><br>WASHINGTON SPORTS &<br>ENTERTAINMENT, LP, *et. al.*<br><br>  Defendants. | Case No.: 1:06CV00587<br>Hon. Paul L. Friedman |

**AFFIDAVIT OF FEES AND EXPENSES**

1. I am counsel of record for Washington Sports & Entertainment, L.P. ("WSE"), one of the Defendants in the above captioned case.

2. I was admitted to the Bar of Maryland in 1980 and the Bar of the District of Columbia in 1997.

3. I am a principal of the law firm of Eccleston and Wolf, P.C.

4. I have been practicing law since 1980 with a concentration in defense litigation.

5. I am lead counsel for Defendant WSE in the above captioned case.

6. The hourly rate charged for my time in the representation of Defendant WSE in the above captioned case is $150.00.

7. I have been involved in the representation of Defendants in litigation throughout my 16 years of practice, including cases involving allegations of false imprisonment, intentional infliction of emotional distress, negligent training and supervision and assault, the claims alleged in the above captioned case.

8. I am familiar with the hourly rates charged by attorneys in the Baltimore/Washington area for the representation of Defendants in litigation such as the above captioned case.

9. The hourly fees charged by Eccleston and Wolf in connection for its representation of Defendant WSE in the above captioned case are fair and reasonable and consistent with, or lower than, fees charged by attorneys in the Baltimore/Washington area for the representation of Defendants in this type of litigation.

10. Eccleston and Wolf expended a total of 2.6 hours in its representation of Defendant WSE in connection with Plaintiff's failure to serve the Initial Disclosures required by the Scheduling Order for total fees of $390.00. An itemization of the services rendered, and fees and expenses incurred in connection with Eccleston and Wolf's representation of Defendant WSE in the above captioned case is attached hereto as Exhibit 1.

11. All of the services reflected on Exhibit 1 were performed by me.

12. I have reviewed Exhibit 1, and the services reflected therein were reasonable and necessary in connection with Plaintiff's failure to serve Initial Disclosures.

13. Based upon my experience with this type of litigation and my knowledge of the customary fees charged in the Baltimore/Washington area for this type of litigation, the fees and expenses incurred by Eccleston and Wolf were fair and reasonable.

**I SOLEMNLY AFFIRM**, under the penalties of perjury, that the aforegoing Affidavit is true and correct.

_____
Shirlie Norris Lake (D.C. Bar No. 454327)

```
Malone v. Levy, et.al.
U.S. District Court DC
Civil Action No. 06-00587 (PLF)

     DATE          DESCRIPTION                                    ATTY    HOURS
   ---------       --------------------------------------------   ----    -----
   26 JUL 06       REVIEW FILE RE: PLAINTIFF INITIAL DISCLOSURES    118    0.2
   26 JUL 06       REVIEW RULES FEDERAL & LOCAL RE: FAILURE TO MAKE 118    0.2
                   INITIAL DISCLOSURES
   31 JUL 06       TELEPHONE CALL FROM CO-DEFENDANT'S ATTORNEY      118    0.1
                   KENNEDY RE: INITIAL DISCLOSURES
   01 AUG 06       RECEIPT AND REVIEW LETTER-OPPOSING ATTORNEY      118    0.1
                   KENNEDY RE: PL. INITIAL DISCLOSURE & DISCOVERY
                   RESPONSES
   03 AUG 06       TELEPHONE CALL TO CO-DEFENDANT'S ATTORNEY        118    0.1
                   KENNEDY RE: JOINT MOTION RE: I.D.
   03 AUG 06       REVIEW AND REVISE MOTION TO COMPEL PL. INITIAL   118    0.1
                   DISCL.
   03 AUG 06       TELEPHONE CALL TO CO-DEFENDANT'S ATTORNEY        118    0.1
                   KENNEDY (X2) RE: REVISIONS TO MOTION TO COMPEL
   04 AUG 06       RECEIPT AND REVIEW LETTER - CO-DEFENDANT'S       118    0.2
                   ATTORNEY KENNEDY W/DRAFT ORDER, REV. ORDER &
                   RESPOND W/AUTH
   04 AUG 06       RECEIPT AND REVIEW MOTION TO COMPEL INITIAL      118    0.1
                   DISCLOSURES FILED W/COURT
   18 AUG 06       RECEIPT AND REVIEW LETTER - CO-DEFENDANT'S       118    0.2
                   ATTORNEY MEHIGAN RE: PLAINTIFF INITIAL
                   DISCLOSURES (X2) REPLY (E-MAIL)
   18 AUG 06       REVIEW RULES TIME TO RESPOND TO MOTION (LR)      118    0.1
   22 AUG 06       RECEIPT AND REVIEW ORDER GRANTING MOTIONS TO     118    0.1
                   COMPEL INITIAL DISCLOSURE & DISCOVERY
   24 AUG 06       CONFERENCE INTEROFFICE BILLING RE:  DRAFT BILL   118    0.1
                   FOR FEE PET.
   24 AUG 06       REVIEW ORDER RE:  FEE PETITION                   118    0.1
   24 AUG 06       REVIEW FILE RE:  FEE PETITION                    118    0.2
   29 AUG 06       RECEIPT AND REVIEW LETTER - CO-DEFENDANT'S       118    0.4
                   ATTORNEY KENNEDY RE: NEED FOR AFF. & BILL AND
                   DRAFT AFF. OF FEES
   29 AUG 06       REVIEW AND REVISE AFFIDAVIT OF FEES              118    0.1
   29 AUG 06       REVIEW AND REVISE DOCUMENT - STATEMENT OF FEES   118    0.1
                                                                          -----
                              TOTAL HOURS                                  2.6
                              AVERAGE RATE                               150.0

                              CURRENT FEES              390.00
                              BILLED ON ACCOUNT           0.00
                              TOTAL FEES DUE                        390.00
                                                                    ---------

                              CURRENT EXPENSES            0.00
                              BILLED ON ACCOUNT           0.00
                              TOTAL EXPENSES DUE                      0.00
                                                                    ---------
                              TOTAL FEES & EXPENSES                 390.00
                              PRIOR UNPAID BALANCE                    0.00
                                                                    ---------
                              TOTAL AMOUNT DUE                      390.00
                                                                    =========

   STATUS   ATTY   ATTORNEY NAME                    HOURS        RATE
   ------   ----   -----------------------------    -----        --------
     P      118    SHIRLIE NORRIS LAKE                2.6        (150.00)
```



J:\62394\MISC\MANBILL.TXT