UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE<br><br>    Plaintiff,<br><br>    v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., <u>et al.</u><br><br>    Defendants. | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

**PROPOSED ORDER**

Upon consideration of Defendants' Fee Petition, Memorandum of Law in Support, and the entire record herein, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff Edward A. Malone must reimburse Defendants Levy Premium Foodservice, L.P. and Washington Sports & Entertainment, L.P. for their attorneys' fees and costs in the amount of $1,650 within ten days.

SIGNED this _____ day of _____, 2006.

                                                                                                                  _____
                                                                                                                    Paul L. Friedman
                                                                                                                    United States District Judge