IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD A. MALONE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LEVY PREMIUM )<br>FOODSERVICE, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 06-00587 (PLF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Edward Allen Malone agrees to dismiss, with prejudice, the above-captioned case against Defendant Lincoln Holdings, LLC. Pursuant to Rule 41(a)(1)(ii), this dismissal is signed by all parties who have appeared in this action. Plaintiff Edward Allen Malone and Defendant Lincoln Holdings, LLC agree to bear its own costs and attorneys' fees.

Dated: September 7, 2006          Respectfully submitted,

  /s/ Janelle N. Richards                           /s/ James C. Mehigan
Janelle N. Richards, Esq.                  Angela W. Russell, #447537
LAW OFFICE OF JIMMY A. BELL, P.C.   James C. Mehigan, #480691
9610 Marlboro Pike                         WILSON, ELSER, MOSKOWITZ,
Upper Marlboro, Maryland 20772       EDELMAN & DICKER LLP
(301) 599-7620                             1341 G Street, N.W., Suite 500
                                           Washington, DC 20005
**Counsel for Plaintiff**                  (202) 626-7660

                                           **Counsel for Defendant**
                                           **Lincoln Holdings, LLC**

| | |
|---|---|
| __/s/ Paul J. Kennedy_____ <br> Paul J. Kennedy <br> LITTLER MENDELSON, P.C. <br> 1150 17th Street, N.W. Suite 900 <br> Washington, D.C. 20036 <br> (202) 842-3400 <br><br> **Counsel for Defendant** <br> **Levy Premium Foodservice, LP** | ___/s/ Shirlie Norris Lake_____ <br> Shirlie Norris Lake <br> ECCLESTON & WOLF, P.C. <br> 2001 S Street, N.W. <br> Suite 310 <br> Washington, D.C. 20009 <br> (202) 857-1696 <br><br> **Counsel for Defendant** <br> **Washington Sports & Entertainment, LP** |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Stipulation of Dismissal with Prejudice was served, via electronic filing, this 7th day of September, 2006, to:

> James C. Mehigan, Esq.
> WILSON, ELSER, LLP
> 1341 G Street, N.W., Suite 500
> Washington, DC 20005
>
> Shirlie Norris Lake, Esq.
> ECCLESTON & WOLF, P.C.
> 2001 S Street, N.W.
> Suite 310
> Washington, D.C. 20009
>
> Paul J. Kennedy, Esq.
> LITTLER MENDELSON, P.C.
> 1150 17th Street, N.W. Suite 900
> Washington, D.C. 20036

                                                              /s/ Janelle N. Richards_____
                                                              Janelle N. Richards, Esq.