IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD A. MALONE,         ) | |
|                           ) | |
|        Plaintiff,         ) | |
| v.                        ) | Civil Action No. 06-00587 (PLF) |
|                           ) | |
| LEVY PREMIUM              ) | |
| FOOD SERVICE, et al.,     ) | |
|                           ) | |
|        Defendants.        ) | |

### AFFIDAVIT OF EDWARD A. MALONE

     I, EDWARD A. MALONE, of 2400 South Glebe Road #816, Arlington, VA 22206, being duly sworn, state the following concerning the untimely service of my Initial Disclosures and response to Defendant Levy Premium Foodservice's discovery requests in the matter of <u>Malone v. Levy Premium Foodservice, LP, et al.</u>, Case No. 06-00587.

     My attorneys, Jimmy A. Bell and Janelle N. Richards forwarded to me copies of the discovery of Defendant Levy Premium Foodservice to review and provide responses. Mr. Bell and Ms. Richards also encouraged me to quickly complete a list of persons with knowledge of the subject matter of this case so they could provide it to the Defendants.

     However, the months of June and July had been very difficult for me. On June 4, 2006, I was involved in a car accident in Accomac County, Virginia. On June 8, 2006, an out-of-state attorney whom I had sponsored to try a Virginia criminal case with *pro hac vice* withdrew his appearance in the case. This abruptly forced me, the local counsel, to prepare for a jury trial on charges of forcible sodomy, attempted abduction, statutory burglary, and stalking. As local counsel, I had contractually agreed to serve a minor role in the case and receive a nominal local counsel fee of $250. All of a sudden, I had to take over as lead counsel without pay and with only a few weeks to prepare for trial. My client faced the possibility of life imprisonment. Additionally, the computer at my law office malfunctioned and my landlords suddenly increased my rent on July 27, 2006, giving me only 3 days notice of the increase. Without being able to afford to pay the increased rent, I was forced to complete all of my work, including my work as Plaintiff in this case, without the benefit of a full, functioning office with photocopiers and fax machines.

     The facts in the above paragraph are not excuses, but mere explanations for the delay in providing Defendants with their discovery.

      As Jimmy A. Bell and Janelle N. Richards are not the cause of the delay in responding to Defendant Levy's discovery requests and providing my initial disclosures, and as my attorneys were unaware of the circumstances which led to my inability to provide timely responses and disclosures, Plaintiff respectfully requests this Court not to hold them in contempt of court.

      Under the penalty of perjury, I certify that the above statements are true.

*Edward A. Malone*
Edward A. Malone

Subscribed and sworn to me on the 11TH day of September, 2006 by the affiant.

_____
Notary Public

Subscribed and sworn to before me, in my presence, this 11 day of SEPTEMBER 2006, a Notary Public in and for the STATE of MARYLAND.

_____
Notary Public

My commission expires JULY 27, 20 09

MATTHEW WALTERS

2