**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **EDWARD A. MALONE,** | ) |
|  | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-00587 (PLF) |
|  | ) |
| **LEVY PREMIUM** | ) |
| **FOOD SERVICE, et al.,** | ) |
|  | ) |
| Defendants. | ) |

**ORDER VACATING SHOW CAUSE**

Upon review of Plaintiff's Counsel's Response to this Court's Order to Show Cause, it is this _____ day of _____ 2006,

ORDERED that this Court's Order to Show Cause shall be and the same is hereby VACATED.

_____
PAUL L. FRIEDMAN
United States District Court Judge