UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EDWARD ALLEN MALONE,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**LEVY PREMIUM FOODSERVICE, L.P.,** *et. al.***,**<br><br>    **Defendants.** | Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action is hereby dismissed with prejudice.  Each party shall bear their own costs and attorneys' fees.

September 15, 2006                            Respectfully submitted,

                                              LITTLER MENDELSON, P.C.

                                    By:    /s/ Paul J. Kennedy
                                              Paul J. Kennedy (D.C. Bar #428623)
                                              1150 17th Street, N.W., Suite 900
                                              Washington, D.C.  20005
                                              (202) 842-3400  Telephone
                                              (202) 842-0011  Facsimile
                                              pkennedy@littler.com

                                              Counsel for Defendant Levy Premium
                                              Foodservice, L.P.

ECCLESTON & WOLF, P.C.

By:  /s/ Shirlie Norris Lake
  Shirlie Norris Lake
  Nicholas B. Reuhs
  2001 S Street, N.W.
  Suite 310
  Washington, D.C.  20009
  (202) 857-1696 Telephone
  (202) 857-0762 Facsimile
  lake@ewmd.com

Counsel for Defendant Washington Sports
& Entertainment, LP


LAW OFFICE OF JIMMY A. BELL, P.C.

By:  /s/ Jimmy A. Bell
  9610 Marlboro Pike
  Upper Marlboro, MD  20772
  (301) 599-7620
  (301) 599-7623
  jimbellesq@aol.com

Counsel for Plaintiff Edward Allen Malone


SO ORDERED:


Dated: _____     _____
                                   United States District Judge


Firmwide:81485200.1 047948.1003

2