UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD ALLEN MALONE,<br><br>Plaintiff,<br><br>v.<br><br>LEVY PREMIUM FOODSERVICE, L.P., *et. al.*,<br><br>Defendants. | **FILED**<br>SEP 2 0 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Case No. 1:06CV00587<br>Hon. Paul L. Friedman |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action is hereby dismissed with prejudice. Each party shall bear their own costs and attorneys' fees.

September 15, 2006

Respectfully submitted,

LITTLER MENDELSON, P.C.

By: /s/ Paul J. Kennedy
Paul J. Kennedy (D.C. Bar #428623)
1150 17th Street, N.W., Suite 900
Washington, D.C. 20005
(202) 842-3400 Telephone
(202) 842-0011 Facsimile
pkennedy@littler.com

Counsel for Defendant Levy Premium Foodservice, L.P.

          ECCLESTON & WOLF, P.C.

By:  /s/ Shirlie Norris Lake
      Shirlie Norris Lake
      Nicholas B. Reuhs
      2001 S Street, N.W.
      Suite 310
      Washington, D.C. 20009
      (202) 857-1696 Telephone
      (202) 857-0762 Facsimile
      lake@ewmd.com

      Counsel for Defendant Washington Sports
      & Entertainment, LP


          LAW OFFICE OF JIMMY A. BELL, P.C.

By:  /s/ Jimmy A. Bell
      9610 Marlboro Pike
      Upper Marlboro, MD 20772
      (301) 599-7620
      (301) 599-7623
      jimbellesq@aol.com

      Counsel for Plaintiff Edward Allen Malone


SO ORDERED:

Dated: 9/20/06

                                                United States District Judge

Firmwide:81485200.1 047948.1003